Geordie Duckler, OSB #873780
831 SW Hume St.
Portland, Oregon 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RUBY NOBLE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KBC MANAGEMENT INC., an Oregon corporation, dba HOLLADAY COURT APARTMENTS,<br><br>　　　　　Defendant. | Case no. 3:26-cv-01301-AB<br><br>PETITION FOR TEMPORARY RESTRAINING ORDER<br>[Fed. R. Civ. Pro. 65(b)(1)]<br><br>Hearing date: July ____, 2026<br>Hearing time:<br>Courtroom: TBD |

COMES NOW plaintiff and petitioner Ruby Noble, by and through counsel, who hereby petitions this Court under Fed. R. Civ. Pro. 65(b)(1) for a temporary restraining order to be issued against defendant and respondent KBC MANAGEMENT INC. This petition is based generally on Fed. R. Civ. Pro. 65(b)(1), on the allegations of the currently filed complaint, and specifically on the sworn declaration also filed concurrently herein and incorporated herewith.

PETITION FOR TEMPORARY RESTRAINING
ORDER [Fed. R. Civ. Pro. 65(b)(1)] - 1

1.    Petitioner alleges that she is entitled to the relief demanded in his pleading in this action, and that the relief she seeks in the action includes a claim and a prayer asking to temporarily and permanently restrain the commission or continuance of acts by defendant and respondent, the commission or continuance of which during the litigation would produce immediate and irreparable injury to her. Petitioner represents that upon granting of the temporary relief in the form of a TRO, she will immediately seek permanent relief in the form of a formal preliminary and permanent injunction.

2.    By this petition, petitioner seeks the granting of a temporary restraining order without notice to the defendant and respondent as provided for under Fed. R. Civ. Pro. 65(b)(1)(A) since immediate and irreparable injury will occur to her interests in defendant and respondent evicting or removing petitioner and her ESA cat from her residential property, such order being granted before defendant and respondent can be heard in opposition. Petitioner's counsel submits a separate declaration in conjunction with this petition indicating his explanations about compliance with the notice provisions of Fed. R. Civ. Pro. 65(b)(1)(A).

3.    By this petition, petitioner seeks an order from the Court pursuant to Fed. R. Civ. Pro. 65(b)(1), temporarily restraining defendant and respondent KBC MANAGEMENT INC. from engaging in the following specific acts:

PETITION FOR TEMPORARY RESTRAINING
ORDER [Fed. R. Civ. Pro. 65(b)(1)] - 2

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com

Evicting or removing plaintiff and petitioner Ruby Noble and her ESA cat from her residential property of Unit #15 of 2310 NE Weidler St., Portland, Oregon 97232, a location which is defendant's and respondent's residential apartment complex in NE Portland at issue in this case, such restraint being from the date of the order for 10 days or until a hearing on a preliminary injunction is held, whichever occurs first.

DATED: July ___3___ , 2026

GEORDIE DUCKLER, P.C.

By: _____
Geordie Duckler, OSB #873780
Attorney for Plaintiff RUBY NOBLE

Geordie Duckler, OSB #873780
831 SW Hume St.
Portland, Oregon 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com
Attorney for Plaintiff

PETITION FOR TEMPORARY RESTRAINING
ORDER [Fed. R. Civ. Pro. 65(b)(1)] - 3

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com