Geordie Duckler, OSB #873780
831 SW Hume St.
Portland, Oregon 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RUBY NOBLE,<br><br>               Plaintiff,<br><br>   vs.<br><br>KBC MANAGEMENT INC., an Oregon corporation, dba HOLLADAY COURT APARTMENTS,<br><br>               Defendant. | Case no. 3:26-cv-01301-AB<br><br>DECLARATION OF RUBY NOBLE IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER<br>[Fed. R. Civ. Pro. 65(b)(1)]<br><br>Hearing date: July _____, 2026<br>Hearing time:<br>Courtroom: TBD |

STATE OF OREGON ) 
) ss.
County of Multnomah )

I, Ruby Noble, do hereby declare:

1. I am the plaintiff and petitioner in the instant civil action.

2. I seek a temporary restraining order to be granted without notice to defendant and respondent KBC MANAGEMENT INC. as provided for under Fed. R. Civ. Pro. 65(b)(1) since immediate and irreparable injury will occur to my

statutory rights by defendant and respondent evicting or removing me and my ESA cat from the residential property at issue in this case, such order being granted before defendant and respondent can be heard in opposition.

3. I have recently learned that defendant and respondent have threatened to evict me and my ESA cat from my residential unit, specifically Unit #15 of 2310 NE Weidler St., Portland, Oregon 97232, the location which is defendant's and respondent's residential apartment complex at issue in this case, and thus have signaled that they will in the immediate future prevent me from the actual use of, access to, enjoyment of, and value of the ESA cat to me in assisting me with my handicap.

4. Attached as Exhibit A to this declaration is a true and correct copy of a "For-Cause Termination Notice" sent to me by defendant and respondent on June 25, 2026, about a week ago, threatening that it will be "terminating my tenancy" on July 30, 2026 unless I "take the following actions" which include keeping my ESA cat on "a leash at all times" which is not only an artificial condition manufactured by defendant and respondent that is not anywhere in my lease agreement or the ESA agreement, but is in fact a condition which would materially compromise and fundamentally destroy the actual use of, access to, enjoyment of, and value of the ESA cat to me in assisting me with my handicap.

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com

5. In taking the above actions, defendant and respondent have subjected me to alarm and significant distress by conveying imminent threats to take or appropriate property which I have a legal right to equal access, enjoyment of, and use of.

6. I seek a temporary restraining order to be granted without notice to the defendant and respondent as provided for under Fed. R. Civ. Pro. 65(b)(1)(A) since immediate and irreparable injury will occur to my statutory rights by defendant and respondent evicting or removing me and my ESA cat from my residence, such order being granted before defendant and respondent can be heard in opposition.

7. It is my belief that defendant and respondent will only stop trying to block access and harm my interests if a formal restraining order has been issued by the Court ordering it to not do so.

8. I am competent to testify to the foregoing of my own personal knowledge, except for those matters stated upon information and belief, which such matters I do believe to be true.

Executed this _03_ day of July, 2026, at Portland, Oregon.

I declare under penalty of perjury under the laws of the United States and of the state of Oregon that the foregoing is true and correct.

Ruby Noble

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com



# KBC MANAGEMENT, INC.

June 25, 2026

Ruby Noble,
and All Other Occupants
2310 NE Weidler St. #15
Portland, OR 97232

Re:     For-Cause Termination Notice
        Vacate by: July 30, 2026
        Remedy by: July 16, 2026

Dear Ruby Noble, and All Other Occupants,

As you are aware, KBC Management, Inc. manages Holladay Court Apartments. We dedicate a great deal to providing all our residents with a safe, clean, and pleasant experience.

Pursuant to Oregon Landlord-Tenant Law you are hereby notified that you are in material violation of your Rental Agreement on the following acts or omissions as indicated in the following occurrences:

> On or about June 22 through 25, and on multiple occasions over the past several months, your ESA cat Lunar has been observed outside the unit without being under your direct control, and left unattended for extended periods of time. Management has received multiple reports regarding the animal, and photographic and video evidence documenting the conduct has been obtained.

These incidents are in direct violation of the following terms of your Lease Agreement:

*7.2 ASSISTANCE/COMPANION ANIMAL AGREEMENT*
*The assistance animal must be in Tenant's control when outside the unit..*

In addition, you are in violation of ORS 90.325 (Tenant Duties) which states:

*(1) The tenant shall:*
*(g) Behave and require other persons on the premises with the consent of the tenant to behave in a manner that will not disturb the peaceful enjoyment of the premises by neighbors*



PLAINTIFF'S
EXHIBIT
A-1

# KBC MANAGEMENT, INC.

**Because of these violations, we are terminating your tenancy at the above-captioned address as of 11:59 pm on** July 30, 2026, this includes at least three extra days for mailing.

**Under Oregon Law, if these violations are remedial by repairs, payment of damages, or otherwise, and you adequately remedy all violations of your rental agreement within fourteen (14) days or no later than 11:59 pm on** July 16, 2026, **your tenancy will not terminate.** This date includes at least three extra days for mailing.

You may cure this violation by taking the following actions:

Immediately have the assistance animal under your direct control while outside the unit by keeping the animal on a leash at all times.

Your prompt attention to this matter is appreciated. The conduct described above is a violation of your Rental Agreement. If you cure this violation as provided above, Owner/Agent may choose to terminate your tenancy at the end of the fixed term if there are three or more violations within a twelve (12) month period preceding the end of the fixed term. Correcting the third or subsequent violations is not a defense to terminations under ORS 90.427(7).

Should you have any questions or concerns, please do not hesitate to reach out to either your on-site manager or me. We appreciate your anticipated cooperation and attention to this matter and thank you for your continued tenancy.

Best Regards,

Lisamarie Harrison
Assistant Portfolio Manager
KBC Management, Inc
503-227-0305
lisamarie@kbcmgmt.com

**PLAINTIFF'S EXHIBIT**

A-2

tabbies®

4700 S MACADAM AVE | PORTLAND, OR 97239 | TEL: 503-227-0305 | KBCMGMT.com