Geordie Duckler, OSB #873780
831 SW Hume St.
Portland, Oregon 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RUBY NOBLE, | Case no. 3:26-cv-01301-AB |
| Plaintiff, | DECLARATION OF GEORDIE DUCKLER IN SUPPORT OF PETITION FOR TEMPORARY RESTRAINING ORDER [Fed. R. Civ. Pro. 65(b)(1)] |
| vs. | |
| KBC MANAGEMENT INC., an Oregon corporation, dba HOLLADAY COURT APARTMENTS, | Hearing date: July ____, 2026 Hearing time: Courtroom: TBD |
| Defendant. | |

STATE OF OREGON    )
                   ) ss.
County of Multnomah )

I, Geordie Duckler, do hereby declare:

1.    I am counsel for plaintiff and petitioner in the instant civil action.

2.    I seek a temporary restraining order to be granted without notice to defendant and respondent KBC MANAGEMENT INC. as provided for under Fed. R. Civ. Pro. 65(b)(1) since immediate and irreparable injury will occur to my

DECLARATION OF GEORDIE DUCKLER IN
SUPPORT OF PETITION FOR TEMPORARY
RESTRAINING ORDER [Fed. R. Civ. Pro. 65(b)(1)] -
1

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com

client's statutory rights by defendant and respondent evicting or removing my client and her ESA cat from the residential property at issue in this case, such order being granted before defendant and respondent can be heard in opposition.

3.      I have read and reviewed my client's sworn declaration being submitted contemporaneously with her petition and am aware of its contents, including that she has recently learned that defendant and respondent have threatened to evict her and her ESA cat from her residential unit, specifically Unit #15 of 2310 NE Weidler St., Portland, Oregon 97232, the location which is defendant's and respondent's residential apartment complex at issue in this case, and thus have signaled that they will in the immediate future prevent her from the actual use of, access to, enjoyment of, and value of the ESA cat to her in assisting her with her handicap. In doing so they have subjected her to alarm and significant distress by conveying imminent threats to take or appropriate property which she has a legal right to equal access, enjoyment of, and use of.

4.      My client seeks a temporary restraining order to be granted without notice to the defendant and respondent as provided for under Fed. R. Civ. Pro. 65(b)(1)(A) since immediate and irreparable injury will occur to her statutory rights by defendant and respondent evicting or removing my client and her ESA cat from the residential property at issue in this case, such order being granted before defendant and respondent can be heard in opposition.

DECLARATION OF GEORDIE DUCKLER IN
SUPPORT OF PETITION FOR TEMPORARY
RESTRAINING ORDER [Fed. R. Civ. Pro. 65(b)(1)] -
2

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com

5.    Notice under Fed. R. Civ. Pro. 65(b)(1) should not be required since, if before any restraining order is first in place were I to contact defendant and respondent to inform them of any judicial proceeding, including a proposed TRO hearing, it is my reasonable belief that they would act in a further aggressive or threatening manner to my client to try to block her access to her property immediately and before any further litigation could commence, and thus any order I would then obtain would become ineffective.

6.    Based on my client's sworn declaration and on information I have obtained about the defendant and respondent from independent sources, it is my belief that defendant and respondent will only stop trying to block access and harm my client's interests if a formal restraining order has been issued by the Court ordering it to not do so.

7.    I am competent to testify to the foregoing of my own personal knowledge, except for those matters stated upon information and belief, which such matters I do believe to be true.

Executed this _3_ day of July, 2026, at Portland, Oregon.

I declare under penalty of perjury under the laws of the United States and of the state of Oregon that the foregoing is true and correct.

Geordie Duckler

DECLARATION OF GEORDIE DUCKLER IN
SUPPORT OF PETITION FOR TEMPORARY
RESTRAINING ORDER [Fed. R. Civ. Pro. 65(b)(1)] -
3

Geordie Duckler, P.C.
831 SW Hume St.
Portland, OR 97219
Telephone: (503) 546-8052
geordied@animallawpractice.com