W. Gregory Lockwood, OSB No. 114415
Email: wglockwood@grsm.com
Direct Dial: (503) 382-8855
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Fax: (503) 616-3600
*Attorneys for Defendant KBC Management, Inc.*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| Ruby Noble,<br><br>        Plaintiff,<br><br>    v.<br><br>KBC Management, Inc., an Oregon Corporation, dba Holladay Court Apartments,<br><br>        Defendant. | Case No. 3:26-cv-01301-AB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR TEMPORARY RESTRAINING ORDER** |

## LR 7.1 CERTIFICATION

Pursuant to LR 7-1, on July 14, 2026, counsel for Defendant KBC Management, Inc. ("Defendant") attempted to confer with Plaintiff's counsel by calling him on the phone, leaving him a voice message, and copying him on the request to the Court for more time via email. Counsel for Defendant was unable to get in touch with Plaintiff's counsel.

## **MOTION**

Under FRCP 6(b), the Court may extend the time within which an act may or must be done. Defendant hereby moves the Court to enlarge the time to file a response to Plaintiff's Motion for

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Temporary Restraining Order. The Undersigned just received the appointment to represent Defendant, today, and has not had adequate time to investigate this case or discuss options with his client. Accordingly, Defendant requests a short amount of time to accomplish these tasks and contest Plaintiff's improper and unfounded, early attempt at injunctive relief.

Defendant's response was due at 5:00 PM, today, July 14, 2026. Defendant respectfully requests to enlarge the filing period until July 16, 2026.

This is the Defendant's first motion for extension of time to file a response. It is brought in good faith, is not being brought for the purpose of delay, and no party will be prejudiced by the granting of this motion.

## CONCLUSION

Based on the foregoing, Defendant hereby requests that the Court enter an Order confirming that Defendant's response to the Motion for Temporary Restraining Order be extended to July 16, 2026.

Dated:  July 14, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: _s/ W. Greg Lockwood_
W. Gregory Lockwood, OSB No. 114415
wglockwood@grsm.com
Attorneys for Defendant KBC
Management, Inc.

MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE TO THE MOTION FOR TEMPORARY
RESTRAINING ORDER
Page 2 of 3

**GORDON REES SCULLY MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2026, a true and correct copy of the foregoing document was filed with the Court through the CM/ECF system and sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: *s/ W. Greg Lockwood*
W. Gregory Lockwood, OSB No. 114415

MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE TO THE MOTION FOR TEMPORARY
RESTRAINING ORDER
Page 3 of 3

**GORDON REES SCULLY
MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600