W. Gregory Lockwood, OSB No. 114415
Email: wglockwood@grsm.com
Direct Dial: (503) 382-8855
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Fax: (503) 616-3600
*Attorneys for Defendant KBC Management, Inc.*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| Ruby Noble,<br><br>                    Plaintiff,<br><br>        v.<br><br>KBC Management, Inc., an Oregon Corporation, dba Holladay Court Apartments,<br><br>                    Defendant. | Case No. 3:26-cv-01301-AB<br><br>**DECLARATION OF KAREN LEVIN IN SUPPORT OF KBC'S OPPOSITION TO THE MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Karen Levin, declare under penalty of perjury the forgoing is true and correct:

1.      I am the owner of and licensed property manager for KBC Management, Inc. ("KBC"), a Portland-based property management company. I am familiar with the facts included in this declaration. If called as a witness, I would testify consistently with this declaration.

2.      I am familiar with KBC's record keeping process. All of the documents referenced in this declaration are copies of business records, which are kept and stored in the ordinary course of KBC's business.

DECLARATION OF KAREN LEVIN IN SUPPORT
OF KBC'S OPPOSITION TO THE MOTION FOR
TEMPORARY RESTRAINING ORDER
Page 1 of 4

**GORDON REES SCULLY
MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

3.      KBC has managed the Holladay Court Apartments since 2007.

4.      On or around June 2025, Plaintiff moved into the Holladay Court Apartments.

5.      By this time, she already had her pet cat, Lunar.

6.      On or about August 4, 2025, we received a copy of an Emotional Support Animal ("ESA") letter for Plaintiff, prepared by Kyamarye Miller. A true and correct copy of that letter is attached as Exhibit A.

7.      KBC took that letter at face value, accepted that Plaintiff needed an ESA, and permitted her to have an ESA, Lunar, in her unit and in the building.

8.      While the ESA letter suggested that Lunar was trained, we have no evidence that is true. Indeed, its behavior suggested it was not.

9.      Based on the acceptance of the ESA accommodation, KBC sent and Plaintiff signed Holladay Court's ESA agreement. A true and correct copy of that letter is attached as Exhibit B.

10.     We learned about problems with Lunar roaming without Plaintiff almost immediately.

11.     A true and correct copy of a summary of KBC's text message communications with Plaintiff is attached as Exhibit C.

12.     A true and correct copy of email communications from one of our tenants regarding Lunar's intrusion onto his property is attached as Exhibit D.

13.     Each time we learned of an issue involving Lunar, a KBC representative tried to correct it informally with Plaintiff by asking her to make sure to control her ESA when it was out of her unit.

DECLARATION OF KAREN LEVIN IN SUPPORT
OF KBC'S OPPOSITION TO THE MOTION FOR
TEMPORARY RESTRAINING ORDER
Page 2 of 4

**GORDON REES SCULLY
MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

14.    Plaintiff failed to control her cat and the problems persisted.

15.    After these repeated efforts to encourage Plaintiff to comply with the ESA Agreement, on June 25, 2026, KBC sent a for cause termination notice based on Plaintiff's failure to control her ESA. A true and correct copy of this notice is attached as Exhibit E.

16.    We believe this is a reasonable restriction given the history of Lunar roaming freely, Plaintiff's prior agreement to control Lunar, and Plaintiff's prior acknowledgment that the cat could be on a leash, this is a reasonable and appropriate request, which does not interfere with Plaintiff's use of the ESA as contemplated in her ESA letter.

17.    We hoped this letter would spur Plaintiff to abide by the agreement and help prevent the ESA's interference with other tenants.

18.    Plaintiff is still within her cure period for the termination notice. If she agrees to abide by the ESA agreement and control her ESA, then no eviction will take place.

19.    To date, no eviction action has been filed.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated:  July 16, 2026

DocuSigned by:

*karen levin*

By: ⎯⎯ 3E03D31424FE4AC...

Karen Levin

DECLARATION OF KAREN LEVIN IN SUPPORT
OF KBC'S OPPOSITION TO THE MOTION FOR
TEMPORARY RESTRAINING ORDER
Page 3 of 4

**GORDON REES SCULLY
MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2026, a true and correct copy of the foregoing document was filed with the Court through the CM/ECF system and sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: *s/ W. Greg Lockwood*

W. Gregory Lockwood, OSB No. 114415

DECLARATION OF KAREN LEVIN IN SUPPORT
OF KBC'S OPPOSITION TO THE MOTION FOR
TEMPORARY RESTRAINING ORDER
Page 4 of 4

**GORDON REES SCULLY**
**MANSUKHANI**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

# Exhibit A



# OFFICE OF K.Miller, PLLC

**Kyamarye Miller, LCSW**
2355 State Street, Suite 101, Salem, OR. 97301
Phone Number: (253) 219-1070
Email: kyamarye.miller@protonmail.com

**Aug 03, 2025**
Re: Emotional Support Animal Letter

To Whom It May Concern:
I recently evaluated Ruby Noble's (**DOB:** 6/20/1986) mental health condition. I have a professional relationship with Ruby Noble and the information set forth in this letter is based upon personal knowledge of Ruby Noble (i.e., knowledge used to diagnose, advise, counsel, treat, or provide health care or other disability-related services).

Ruby Noble meets the definition of disability under the Fair Housing Act and the Rehabilitation Act of 1973. Ruby Noble's emotional illness, which is recognized in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) handbook, substantially limits one or more major life activities that would allow her the same opportunity as a non-disabled person to use and enjoy the property or amenities.

To help with these limitations, I am recommending **one** Emotional Support Animal (ESA)[1] to help reduce her symptoms of an emotional illness.

1. Lunar motivates you to get out of bed and complete daily household and self-care task which helps to reduce your depressive symptoms. Lunar provides comfort and support when you are feeling down and anxious by cuddling with you which helps to improve your symptoms of anxiety. Lunar sleeps with you which comforts you and helps to improve your sleep quality.

---

[1] Emotional support animals, comfort animals, and therapy dogs are not service animals under Title II and Title III of the Americans with Disabilities Act

The ESA is necessary to provide therapeutic emotional support that alleviates symptoms of my client's emotional illness. "Emotional illness" is one of the qualifying conditions defined within the terms "physical or mental impairment" [24 CFR Part 8.3 and HUD Handbook 4350.3 (Exhibit 2-2)].

Please allow Ruby Noble to live with her ESA as a reasonable accommodation under The Fair Housing Amendments Act of 1988.

*Please note that pursuant to guidance issued by the U.S. Department of Housing and for privacy reasons, details about the diagnosis or severity of my client's disability and medical records may not be disclosed.*

Ruby Noble assumes all responsibility for the training, safety, cleanliness, health, and conduct of their animal at all times. Ruby Noble agreed that their Emotional Support Animal (ESA) or ESA's is for their diagnosis, has a good temperament to assist my client in public, has been properly trained and socialized as to be safe around other people and animals. Should their ESA be aggressive in any way, this letter is null and void. K. Miller. PLLC has only evaluated the client for the appropriateness of fit for an ESA. This writer is not attesting to the animals safety or behavior.

**ESA Information:** One feline

**Name:** Lunar     **Breed:** American Shorthair     **Age:** 2 years     **Weight**: 8.5 pounds
**Color:** Blue/Black

This letter will expire one year from the date on the top of the letter.

Sincerely,

Kyamarye Miller, LCSW
Licensed Clinical Social Worker
Licensed by the State of OR #L13806

# Exhibit B

**KBC Management, Inc. | Holladay Apartments**

2310 NE Weidler St • Portland, OR 97232
(503) 317-3226

# 1. ASSISTANCE/COMPANION ANIMAL AGREEMENT

## 1.1  TENANT INFORMATION

TENANT NAME(S):

 Ruby Noble

RENTAL PROPERTY:

 HOLLADAY COURT APARTMENTS (CZOP08)

RENTAL ADDRESS:

 2310 NE Weidler St, #15
 Portland, OR 97232

ASSISTANCE/COMPANION ANIMAL INFORMATION:

• Lunar, Cat, 6.0 lbs, 2 years

## 1.2  ASSISTANCE/COMPANION ANIMAL AGREEMENT

This is a month-to-month Agreement that begins on  08/03/2025 .

Landlord has granted Tenant's request for an aid/assistance/companion animal.  Tenant agrees to the following:

1. Only the above indicated assistance animal will reside in the unit.
2. No breeding of any assistance animal is allowed.
3. The assistance animal must be properly licensed and vaccinations must be current as required by regulations at all times.
4. No assistance animal with a history of aggressive or threatening behavior will be allowed.
5. The assistance animal must be in Tenant's control when outside the unit.
6. The assistance animal will not be allowed to make noise or engage in threatening behavior which disturbs other Tenants.
7. The assistance animal may not use the Rental Property for waste.
8. Tenant will notify Landlord immediately of any property damage or personal injury caused by the assistance animal.
9. Tenant will be held fully responsible for any damage caused by the assistance animal, and will pay for damage promptly.
10. Any change in assistance animal will require a new Agreement.
11. Tenant, all guests and invitees shall indemnify, defend and hold Owner, Owner's Agents and employees harmless from and against actions, suites, claims and demands (including legal fees, costs, and expenses) arising from damage or injury to property or persons by any assistance animal owned, housed, or kept by Tenant, his/her guests or invitees.

• No additional fee, deposit or insurance will be required relating to the assistance animal.

## 1.3  CERTIFICATIONS BY TENANT

I certify that my assistance animal has no history of aggressive, violent or threatening behavior.  I agree to the above provisions.

By signing below, you acknowledge and agree to the terms in Section 1.

X *Ruby Noble*
_____
Lessee                                    IP Address: 74.253.6.3
                                          08/04/2025 02:45pm PDT

1

KBC Management, Inc. | Holladay Apartments

2310 NE Weidler St • Portland, OR 97232
(503) 317-3226

# 2. Sign and Accept

## 2.1 ACCEPTANCE OF LEASE

This is a legally binding document. By typing your name, you are consenting to use electronic means to (i) sign this contract (ii) accept addenda. You can access and download this contract at any time in your portal.

X *Ruby Noble*
_____
   Lessee                                    IP Address: 74.253.6.3
                                             08/04/2025 02:45pm PDT


X *Andrew Thomas Mueller*
_____
   Lessor                                    IP Address: 24.20.144.181
                                             08/04/2025 03:02pm PDT

# Exhibit C

**Text Message History with Ruby Noble**

**Phone Number: (541) 261-6964**

Ruby Noble - - 06/01/2026 at 10:55 AM
Status: Received
5:30 pm today works. I'll be honest, it's frustrating that after the refrigerator has continued leaking for over a week, food continues to be damaged, and loud banging noises have been occurring for months, the focus seems to have shifted toward the contents of my freezer rather than having the appliance itself properly evaluated. I also encourage that when you come by today, all necessary information and documentation be gathered at that time to help avoid further delays, as this situation is continuing to affect my ability to properly and safely use the refrigerator as intended. Given that the refrigerator was provided with the unit, my understanding is that it is expected to be maintained in proper working order. At this point, the ongoing leaking, food contamination, and appliance malfunction are negatively affecting my daily use of the appliance.

Matthew Hunt - - 06/01/2026 at 10:45 AM
Status: Delivered
So...when can I come get a look at that serial number? Holladay Court Apartments

Ruby Noble - - 06/01/2026 at 10:31 AM
Status: Received
I also want to express that it is concerning to me that an appliance technician or qualified repair professional has not yet physically inspected the refrigerator despite the ongoing leaking and banging noises. Given the age of the appliance and the fact that these noises have reportedly been occurring for months, I do not believe the current issue can reasonably be explained by airflow alone. I'm also concerned that the focus on photos of the freezer contents may unintentionally shift attention away from the underlying appliance malfunction itself, particularly since the refrigerator is not overfilled and airflow is not being obstructed.

Ruby Noble - - 06/01/2026 at 10:22 AM
Status: Received
I'm still confused about the need to return for the serial number, as I was under the impression that this information would have already been documented during yesterday's visit when photos were taken of the refrigerator and freezer. At this point, the continued back and forth is creating further delays in resolving an issue that has now been ongoing for a week since I first reported it. The refrigerator continues leaking water and causing food contamination despite the freezer not being overfilled or blocking airflow. Given the age of the refrigerator, the ongoing leaking, and the loud banging noises that have been occurring for months, I do not believe this is simply an airflow issue. Refrigerators do reach the end of their functional lifespan, and this appliance does not appear to be in proper working order. As previously mentioned, I am documenting the food loss and will be requesting reimbursement for spoiled items that have had to be discarded due to the ongoing malfunction. Please let me know the soonest possible timeline for repair or replacement.

Matthew Hunt - - 06/01/2026 at 10:13 AM
Status: Delivered
Good Morning Ruby, KBC Maintenance says that it's quite possible that your refrigerator is leaking because the freezer is too full. There needs to be some space for air to circulate in the freezer for the fridge to work property. That being said, they would like me to get the serial number because they would still like to consider

replacing it if it's particularly old. Let me know when it's convenient for me to come by and get the number. Thanks, Matthew Holladay Court Apartments

---

Matthew Hunt - - 05/31/2026 at 01:44 PM

Status: Delivered

I'll be over shortly. -Matthew Holladay Court Apartments

---

Ruby Noble - - 05/31/2026 at 01:33 PM

Status: Received

Hi, I'm available today if you would like to stop by and take a look at the refrigerator. I do want to express concern that this issue has now been ongoing for close to two weeks, and during that time I've continued experiencing water leakage that has caused repeated food contamination and food loss. I've reached a point where I've been hesitant to purchase groceries because I cannot reliably use the refrigerator without items getting wet. Given that repairs or replacement may extend further into next week, I wanted to ask whether there may be any temporary refrigerator option available in the meantime, whether another unit may be available, or whether management has another suggested solution while this is being resolved. I also wanted to let you know that I am documenting the food loss and plan to request reimbursement for spoiled groceries resulting from the ongoing refrigerator malfunction. Any updates regarding timing once maintenance is contacted tomorrow would be appreciated. Ruby

---

Matthew Hunt - - 05/31/2026 at 01:07 PM

Status: Delivered

Hi Ruby, I spent some time this morning educating myself about the issue to see whether I might be able to repair the fridge myself, and I don't think it's something I'll be able to fix. I'd like to stop by this afternoon to take a quick look and confirm that it's the same as my own refrigerator. Assuming that's the case, I'll contact KBC Maintenance first thing tomorrow morning to arrange for the refrigerator to be repaired or replaced and have the issue resolved early next week. I apologize for not addressing this sooner, but this has been a particularly difficult week for me. Please let me know when it would be convenient for me to stop by. Sincerely, Matthew Holladay Court Apartments

---

Matthew Hunt - - 05/25/2026 at 11:53 AM

Status: Delivered

Hello everyone, The owner of Holladay Court will be touring the property this week and I would like to request that all screen doors please remain shut. There are a few tenants that are in the habit of propping their screen doors open from time to time and it is technically against the property rules. Just a word of advice, if the propped door is damaged by wind or otherwise, you are liable for its replacement, so I would encourage you to keep them closed. I also want to sincerely thank all of you for being so kind and patient with me as I learn the ropes in this Property Management role. I truly appreciate it, and I hope I've been helpful and approachable whenever you've needed assistance. Thank you all so much, Matthew

---

Ruby Noble - - 05/24/2026 at 09:37 AM

Status: Received



Attachment content type: image/jpeg



Attachment content type: image/jpeg

Ruby Noble - - 05/24/2026 at 09:36 AM

Status: Received

Hi Matthew, I just emailed you regarding a situation that occurred in the laundry room involving Tom this morning. I wanted to formally document concerns regarding my boundaries being violated and the laundry room policies not being followed. Ruby Noble

Ruby Noble - - 05/20/2026 at 07:56 PM

Status: Received

Liked "Hi Ruby, I'll ask the landscapers to trim them back today. -Matthew Holladay Court Apartments Reply STOP to unsubscribe."

---

Matthew Hunt - - 05/20/2026 at 01:12 PM

Status: Delivered

Hi Ruby, I'll ask the landscapers to trim them back today. -Matthew Holladay Court Apartments Reply STOP to unsubscribe.

---

Ruby Noble - - 04/18/2026 at 03:42 PM

Status: Received

Thanks

---

Matthew Hunt - - 04/18/2026 at 10:28 AM

Status: Delivered

Hi Ruby, I sent your lease renewal just now. -Matthew Holladay Court Apartments Reply STOP to unsubscribe.

---

Matthew Hunt - - 03/14/2026 at 10:59 AM

Status: Delivered

Hello everyone, just a heads up that the cold water is a little dingy this morning. It seems to be a neighborhood issue and isn't limited to just our building. The city doesn't respond on the weekends to water quality issues, but it does look like it's clearing up on its own and is likely caused by the heavy rain. You may want to run your cold water for a bit to try and flush out our pipes. -Matthew Holladay Court Apartments

---

Ruby Noble - - 03/14/2026 at 09:49 AM

Status: Received

Liked "Good morning Ruby, I'm headed to the hardware store now to pick up the part. I should be back in about 30 minutes and I'll knock on your door to come repair your toilet. -Matthew Holladay Court Apartments Reply STOP to unsubscribe."

---

Matthew Hunt - - 03/14/2026 at 09:46 AM

Status: Delivered

Good morning Ruby, I'm headed to the hardware store now to pick up the part. I should be back in about 30 minutes and I'll knock on your door to come repair your toilet. -Matthew Holladay Court Apartments Reply STOP to unsubscribe.

---

Ruby Noble - - 03/13/2026 at 06:46 PM

Status: Received



Attachment content type: image/jpeg



Attachment content type: image/jpeg

 Attachment content type: image/jpeg

Hi. I wanted to let you know that the toilet handle has broken. I've attached photos for reference. I would really appreciate any support or guidance on getting this repaired. Thank you so much.

---

Ruby Noble - - 12/26/2025 at 10:21 AM
Status: Received
Hi Matthew, Thank you for following up and for addressing the situation directly. I appreciate you taking care of it today and keeping an eye on it moving forward. Also, I want to continue following the posted laundry policy and would prefer that management handle enforcement rather than tenants removing each other's belongings. Hopefully this resolves the issue going forward. Thanks again, Ruby

---

Matthew Hunt - - 12/26/2025 at 10:19 AM
Status: Delivered
It was indeed Tom's laundry. I will check again myself first thing next Friday morning, but he does give permission to remove his clothes and put them in the hamper. I don't want you to have to be removing someone else's clothes as any kind of permanent solution, but if you need to. Also, I'm going to be outside of your apartment to replace your porch light shortly. Thanks, Matthew Holladay Court Apartments

---

Matthew Hunt - - 12/26/2025 at 10:13 AM
Status: Delivered
Ruby, laundry is out of the dryer now if you need it. Again, I am truly sorry this has been such a problem. And while I've dealt with it for now, I will continue to keep a diligent eye to prevent from happening again. Thanks, Matthew Holladay Court Apartments

---

Ruby Noble - - 12/26/2025 at 08:41 AM
Status: Received

Hi Matthew, I'm contacting you again because the same person keeps leaving their clothes in the dryer. This has happened repeatedly and is no longer accidental, it's deliberate at this point. Please check the dryer as there are men's clothes currently sitting there. This ongoing issue is costing me extra money every week when I need to do laundry, and I refuse to keep paying for the consequences of someone else's behavior. If this continues, I will be requesting reimbursement either through management or directly from the individual responsible. This is unacceptable and needs to be addressed immediately.

---

Ruby Noble - - 12/19/2025 at 09:37 AM

Status: Received

Hi Matthew, I'm reporting the same ongoing issue in the laundry room. It appears the same person is repeatedly leaving clothes in the dryer for hours, maybe days, after the cycle ends, creating a bottleneck. This is costing me extra money since my loads aren't able to fully dry. At this point, this really needs to be addressed, and I'd like to request a clear rule allowing tenants to remove clothes after a set amount of time if they're left unattended. Thank you.

---

Matthew Hunt - - 12/18/2025 at 11:52 AM

Status: Delivered

Hi everyone! Just a friendly reminder that tomorrow is leaf day, and the city will be towing vehicles parked in Sullivan's Gulch. Please avoid parking on streets within this zone on the day of cleaning, or the evening before if you won't be leaving before 7:00 AM on the 19th. As an alternative, the border of our cleaning zone allows parking anywhere north of Weidler, which is the closest option for street parking that day. Holladay Court Apartments

---

Ruby Noble - - 12/16/2025 at 03:01 PM

Status: Received

Hi, I'm currently at work. Feel free to come by and closed it. I should be at home around 4:30ish

---

Matthew Hunt - - 12/16/2025 at 01:32 PM

Status: Delivered

Hey Ruby, would you mind closing your back screen door? It's supposed to storm this evening and I would hate for it to get damaged from wind. If the door is damaged this way, the cost of repair or replacement would be the responsibility of the resident. Thank you so much for your understanding and cooperation - it's truly appreciated. Holladay Court Apartments

---

Ruby Noble - - 12/06/2025 at 11:58 AM

Status: Received

Liked "I'm headed over shortly. Holladay Court Apartments Reply STOP to unsubscribe."

---

Matthew Hunt - - 12/06/2025 at 11:58 AM

Status: Delivered

I'm headed over shortly. Holladay Court Apartments Reply STOP to unsubscribe.

---

Matthew Hunt - - 10/07/2025 at 10:57 AM

Status: Delivered

Hi everyone! Just a friendly reminder that the painters will be entering apartments tomorrow and Thursday. Holladay Court Apartments

---

Matthew Hunt - - 09/24/2025 at 02:35 PM

Status: Delivered

PAINTING TOMORROW at 10am! ... The paint crew will be here early again (8am), so be sure to hide your dangly bits ... They will be painting the COURTYARD FIRST! Everything in the middle area of the property; BOTH BUILDINGS ... USE YOUR BACK DOOR ONLY! ... While they paint, they will be blocking us in on one side during the day. They'll take off the masking after the paint has dried some, so expect that later in the day. ... I'll send an email later tonight with a second reminder, and using far less CAPITAL LETTERS and PUNCTUATION

---

Matthew Hunt - - 09/18/2025 at 05:11 PM

Status: Delivered

Hi Gang. The pressure washing is complete, so you may see crews begin masking the building for the main paint job tomorrow. Thanks for your patience during this process, and apologies if any stray water found its way inside during the wash. ... On a community note, Lily in #3 will be moving in with her partner, and Amanda in #10 is relocating to be closer to work. Both have been wonderful neighbors, and we wish them the very best in their next chapters. If you know anyone interested in living here at Holladay, please feel free to share my contact information for inquiries. Showings begin this weekend! Ads are on the KBC website for more info ;) ... Lastly, Lily is selling her LG AC unit for $50 at a Holladay-only discount. If you're interested, let me know and I'll connect you with her directly. ... Have a good evening

---

Matthew Hunt - - 09/16/2025 at 05:01 PM

Status: Delivered

The painters, have you seen them? Must be invisible... Jokes aside, I've had no word or any updates from KBC on the paint schedule. I'll send another building text once I hear from the KBC office. For now, I'd just expect them... sometime lol ... Have a good evening! Reply STOP to unsubscribe.

---

Matthew Hunt - - 09/14/2025 at 04:55 PM

Status: Delivered

Just another heads-up on the painting starting tomorrow, the weather looks good so expect work to start as early as 8am. Check your email for details!

---

Ruby Noble - - 09/04/2025 at 12:33 PM

Status: Received

Thanks for clarifying about the documentation, that gives me peace of mind. I'm glad Matt will be stepping in as manager, and even more glad you'll have space to focus on your business, design work, and caring for your mom. I hope this next chapter brings you more balance and joy. Thanks for sharing your number. It's been a pleasure getting to know you in this role, and I look forward to having you as just a neighbor.

Ruby Noble - - 09/04/2025 at 10:17 AM

Status: Received

Hi Tommy, Thank you for the update. I appreciate you letting me know what steps are being taken regarding my neighbor in #14. It's reassuring to hear that other tenants have voiced concerns as well. I also just want to say I'm glad you'll get the chance to transition out and simply enjoy being a neighbor instead of carrying the property manager role on top of your full-time job. I bet it will be a great relief for you, and well deserved. For clarification, I know we talked about this during my walk-through inspection, but I'd like to make sure it's documented. There were already some marks on the wall from the prior tenant that were not caused by me. I remember pointing it out at the time, and I believe it was not noted on the inspection form I signed. Can you confirm that this was noted somewhere else? Thanks again for your efforts. Wishing you a smooth wrap-up and a good day as well ◇ Ruby

---

Matthew Hunt - - 09/03/2025 at 04:23 PM

Status: Delivered

Hi Gang. I wanted to share with everyone that KBC will be selecting a new Apartment Manager here for Holladay on-or-around October 1st. It's been a very decent experience for me to get to know everyone here, help out with things around the property, and solve the few of the problems that have come up. We've got a good thing going here, and I want to remind everyone here to help keep it that way. Do your best handling trash & recycling properly, take care of your front and back spaces, and be respectful to our neighbors in every capacity. Remember, the whole is greater than the sum of its parts ;) - I'll send out another update once KBC has chosen their next manager. Have a good rest of your day!

---

Ruby Noble - - 08/31/2025 at 05:03 PM

Status: Received

Thanks for the update. I just wanted to share that my concern is also for safety with the strong language and intensity of the yelling, I sometimes worry someone could get hurt. I'll definitely let you know if it escalates, and I appreciate you keeping an eye on things.

---

Matthew Hunt - - 08/31/2025 at 04:59 PM

Status: Delivered

Hi Ruby. Yea, #14 has a lot of problems stacking up. Unfortunately, with as many issues I have there, it's led me to have to bring the KBC management into equation. I'll do what I can with communication with #14 for now, and I'll be able to get a clearer path on the solution on Tuesday when the managers at KBC are back in the office. If it gets out of hand there with fighting, I will have to call the police. Let me know if it ever get to that point, and I'll do my best to keep an eye on things down there.

---

Ruby Noble - - 08/31/2025 at 04:51 PM

Status: Received

Hi Tommy. My neighbor in Apt 14 across the courtyard has been frequently yelling, with sudden outbursts and arguments with her boyfriend who has been spending more time there lately. Even with her windows closed, the yelling carries into my apartment when I'm trying to enjoy the breeze from the front of the building. Could you please ask her to be more mindful of her volume and the yelling that can be heard outside? Last weekend there was a loud argument between her and her boyfriend, and I'm concerned this may become a recurring issue. Thanks.

Matthew Hunt - - 08/29/2025 at 11:12 AM

Status: Delivered

Repairs complete! West side hot water is heating up, about another 45-60 minutes it'll back up to operating temperature. - Everyone have a great extended weekend, temps will be mild, so go do that thing you've been waiting to do ;) TTFN!

---

Matthew Hunt - - 08/29/2025 at 09:07 AM

Status: Delivered

Plumber is on site! Apparently, we won't need to shutoff water to the building, only hot water on the west side. More later :)

---

Matthew Hunt - - 08/28/2025 at 05:19 PM

Status: Delivered

Quick Reminder: Water Shut-Off tomorrow morning from 9am-11am... will do my best to make it a quick one eh... More mañana

---

Matthew Hunt - - 08/27/2025 at 05:33 PM

Status: Delivered

Hi Gang. Update on the Water Heater and Water Shut-off - I got word that the parts for the water heater will finally come in tomorrow (Thursday), and our plumber will be here on Friday around 9am in the morning. They requested a 2 hour shut-off of the water while they make repairs, however, I sincerely doubt it will take that long, but you never know. - Be sure to plan appropriately! Take those showers, brush teeth, fill up water filters, do that load of laundry, fill up your pet dishes, all that stuff. - I'll send a reminder text tomorrow, as well as, on the day of and before the repairs start ;)

---

Matthew Hunt - - 08/22/2025 at 10:04 AM

Status: Delivered

Update on the water heater, short-time water shut-off. - I'm still waiting on the replacement parts for the water heater. When they come in, the plumber is going to call me to schedule a time to do the repair. - Absolutely, no chance I'm going to do this in the heat of the day cause my a** will suffer, so unless I hear from them in the next hour or two, I'll be scheduling the repair for the next available day. - ALSO, any water shut-off that happens will be very brief. Long enough for us to drain the water heater, pop in two parts, then the water is back on. - I'll keep everyone posted as it comes to me... stay cool today!

---

Matthew Hunt - - 08/18/2025 at 05:44 PM

Status: Delivered

Hot Water Heater Update - West side (odd number units): - Plumber got here at 3pm - Parts got ordered from the manufacturer (thermostat and heating elements for upper and lower parts of the heater) and will be here on Thursday or Friday with subsequent repairs. - For now, we were able to make a temporary fix until these parts and repair work come into play. Currently, there is only a bit of hot water produced, but the tank is still charging - and I'm monitoring it's frequencies ;) - When the repairs happen, we may have some very temporary water shut off while the water heater tank gets drained for this service. I'll have more on that time frame in a couple of days. - One more quick note for all - There is a new fire extinguisher mounted in the front of the

building to better accommodate the apartments closest to Weidler. - Have a good rest of your day!

---

Matthew Hunt - - 08/18/2025 at 01:09 PM

Status: Delivered

Quick update on the hot water; if you're on the East side of the building, you can ignore this message. ... I've got two calls out there for a plumber, and I'm waiting to hear from either of them to find out the earliest they come out. What I know so far is that one of the heating elements is burned out and needs to be replaced. ... I'll text again once I know more!

---

Matthew Hunt - - 08/18/2025 at 09:48 AM

Status: Delivered

Hi Gang. If you live in the West wing, there seems to be a serious lack of hot water. I've already called a technician to help troubleshoot the issue and should be hearing from him in an hour or so. Sorry about the inconvenience, but I'm on the case! More later... Reply STOP to unsubscribe.

---

Ruby Noble - - 08/13/2025 at 11:04 AM

Status: Received

Good morning. That's great news, thank you for letting me know. I'll keep an eye out for it. Lunar's still not feeling her best, but I appreciate you checking in ◈

---

Matthew Hunt - - 08/13/2025 at 10:00 AM

Status: Delivered

Good Morning Ruby. I just got word that your full $250 pet rent deposit check is signed and will be sent in the mail. You should be receiving it within the next couple days! Hope Lunar has recovered ;)

---

Ruby Noble - - 08/11/2025 at 06:08 PM

Status: Received

Thanks, Tommy. that's reassuring. The vet asked me about spraying, so I wanted to double-check. I haven't seen any swelling or stinger, but I'll keep an eye out. I really appreciate you keeping the space poison-free, and I'll keep you posted on how Lunar's doing. Thanks for offering to help.

---

Matthew Hunt - - 08/11/2025 at 05:43 PM

Status: Delivered

Hi Ruby. There's been no spraying by me or anyone else. I have seen a lot of bees lately, so check for swelling or a stinger. Benadryl if it is! ... I'm getting ant traps for outside all the doors to curve that issue, because I don't like pesticides, sprays, and the other types of killers. Essentially, it should be a poison free and safe place here ... Keep me posted on Lunar, and let me know if you need anything if it's an emergency!!

---

Ruby Noble - - 08/11/2025 at 05:31 PM

Status: Received

Hi Tommy, by any chance do you know if the grass outside the back of my apartment has been sprayed with

anything? My cat Lunar hasn't been feeling well after eating some of it.

---

Matthew Hunt - - 08/08/2025 at 05:19 PM
Status: Delivered
saweet! I'll come on by!!

---

Ruby Noble - - 08/08/2025 at 05:17 PM
Status: Received
Hi Tommy, Im home now

---

Matthew Hunt - - 08/08/2025 at 03:27 PM
Status: Delivered
Hi Gang. Just a reminder that I'll be doing the smoke detector inspection in about an hour; beginning at 4:30pm. If you have pets or service animals and you are not home, I'll be mindful that they don't get outside during my visit. It'll be a real quick visit, but if there's any maintenance required for your place, this would be a great chance to let me know :) Thanks!

---

Ruby Noble - - 08/07/2025 at 08:40 AM
Status: Received
I'll send you a quick update with my ETA once I leave the training in Gresham tomorrow, so you can make an informed decision for yourself. Hope your client call goes well. Have a great rest of your day!

---

Matthew Hunt - - 08/07/2025 at 08:36 AM
Status: Delivered
Hi Ruby. It's a great suggestion and I appreciate the convenience, but unfortunately I'm not available much of this afternoon/evening as I'll be on a video call working with a new client. So let's stick with tomorrow as planned, and I know you'll be in traffic and be home late. Please don't rush home, but 'd hope not to wait past 7pm, at which point I'll just have to just get it done and over with. Have the best day!

---

Ruby Noble - - 08/07/2025 at 08:02 AM
Status: Received
Good morning Tommy. I just wanted to check in and offer the option to complete the inspection today instead of tomorrow. I should be home by 5pm and am happy to be flexible if that's easier on your end. Totally understand if tomorrow still works best, just trying to be mindful of your time as well.

---

Ruby Noble - - 08/06/2025 at 10:29 AM
Status: Received
Morning, That sounds good, thank you! I might be stuck in traffic on Friday, so I'll text you when I'm home just in case.

---

Matthew Hunt - - 08/06/2025 at 09:26 AM

Status: Delivered

Good Morning Ruby. I've been asked to do an inspection for any pet damage so we can take care of the pet deposit refund. I propose doing this with you in-person on Friday during the already scheduled inspection. I can make your inspection time at 6pm; all other apartments are done by 5pm. This way you can be there for Lunar in case she becomes mischievous ;) and we can get things fast-tracked for ESA compliance. Sound good?

Matthew Hunt - - 08/04/2025 at 02:22 PM

Status: Delivered

Correction, I have foot booties I'll be wearing ;)

Matthew Hunt - - 08/04/2025 at 02:21 PM

Status: Delivered

Thanks Ruby. I will be doing the inspection by myself, so there won't be any additional traffic. I will be very very mindful of Lunar, and I'll be shoes off and masked up during this quick inspection. Thanks for the message!

Ruby Noble - - 08/04/2025 at 02:16 PM

Status: Received

Thanks for the heads up, but I won't be home until closer to 6pm this Friday. I have a mandatory Certified Clinical Trauma training that day. I'll leave shoe covers by the door for you and anyone else entering in case you'd prefer not to take your shoes off. Also, would you please be extra careful with Lunar? She's recently started running out the door and trying to take herself on walks without a leash. None of my belongings are in storage locker 7. All my personal items are locked in my assigned storage unit 15.

Matthew Hunt - - 08/04/2025 at 01:22 PM

Status: Delivered

Hello Holladay! - I'll be doing the smoke alarm inspection beginning at 4:30pm this Friday, giving y'all a chance to be home for it. If you want an earlier time of convenience, send me a text and I can likely accommodate you. I have to do each unit by the end of day, so if I don't get a text, expect me by between 4:30pm and 5:00pm on Friday; you don't have to be home for this quick check, but you can be ;) ... Also, a small importance, if you have items in storage locker number 7 please text me your unit number. We have a bit of 'musical chairs' going on with the storage lockers, and I'll need to sort out your storage. ... Thanks!

Ruby Noble - - 08/04/2025 at 12:43 PM

Status: Received

Hi Tommy, Thanks so much for the update and for sending the ESA addendum. I really appreciate it! Also will the prorated pet rent also be refunded, or just the deposit? I'll be signing the lease addendum shortly. Hope you're doing well too! ☺

Ruby Noble - - 07/30/2025 at 08:53 AM

Status: Received

Thanks so much, Tommy. I really appreciate how quickly and thoughtfully you handled this. It means a lot to

feel supported and heard. Wishing you a smooth rest of your day too! ◈

---

Matthew Hunt - - 07/30/2025 at 08:04 AM
Status: Delivered
Bag is picked up and documented; it was large too and definitely came from a dog about Lola's size. Amanda does suffer from a few issues emotionally, so I will handle it with care, and anonymity. She has expressed intertest in moving out in October, and that wouldn't be the worst idea. Even as an ESA, I was surprised Deven (before my job here as apt mgr) allowed here to move into a studio with such a large animal; it never seemed like a good fit for her or her dog Lola. In any case, thanks again for being the eyes and ears! Please have a good rest of your day!! :) :)

---

Ruby Noble - - 07/30/2025 at 07:43 AM
Status: Received
Hi Tommy, thank you so much. I really appreciate your support and how you're handling this. The dog poop is in a green bag and is still probably near the lawn by the storage unit, it was there when I left 15mins ago. And yes, I suspect the spitting is also from the same dog owner. It happens sporadically, usually in the morning or evening when she walks by. I was tempted to say something when she passed yesterday, but it seems like she struggles with emotional regulation, so I think it's best to just keep things cordial with all neighbors. Thank you again for sending out a general reminder. I truly appreciate you keeping this confidential.

---

Matthew Hunt - - 07/30/2025 at 07:36 AM
Status: Delivered
Hi Ruby. I know exactly what I need to do here, and I really appreciate you letting me know. As for the dog waste - We only have one dog owner (an ESA), I will take it up with her. Did you know what color the dog bag was? Also, the spitting sounds absolutely disgusting, and it'll have to be dealt with for sure. Just curious, does this happen in the morning or the evening? I will do this all in confidence and it will never reflect on you, or come back your way. As you said, a general reminder about maintaining cleanliness and respect in shared spaces needs to go out, and will go out today! Thanks again Ruby :)

---

Ruby Noble - - 07/30/2025 at 07:28 AM
Status: Received
Hi Tommy, I hope you're doing well. I wanted to kindly ask if you could please remind tenants to pick up after their dogs. There was a bag of what appears to be dog waste left near the front lawn of my unit, and it's becoming a concern. Also, if you wouldn't mind including a reminder for tenants to please refrain from spitting near others' windows or shared areas. It's been happening near mine, and I find it quite disturbing and disrespectful. I really want to avoid any personal issues, so a general reminder about maintaining cleanliness and respect in shared spaces would be greatly appreciated. Thanks so much for your help with this

---

Ruby Noble - - 07/19/2025 at 07:25 AM
Status: Received
Thanks

---

Ruby Noble - - 07/19/2025 at 07:20 AM

Status: Received

Hey Tommy, it's Ruby I just tried to get into the laundry room a few minutes ago, but the lock seems jammed. The key doesn't turn all the way and the door won't open. Is there something I should do, or can someone take a look at it?

---

Matthew Hunt - - 07/15/2025 at 04:27 PM

Status: Delivered

Heyo. So I also needed to separate the bike and smoke/carbon addendums; they were in one document. I just sent the smoke/carbon, and once you sign that one, I'll send the bike room addendum... then that's it for the hassle. Thanks again!

---

Ruby Noble - - 07/15/2025 at 03:56 PM

Status: Received

Liked "Hi Ruby, hope all is well. I noticed that I have the wrong date on the smoke/carbon & bike agreement. Somehow, I typed in the year 2026 for the start date instead of 2025. I'll need to send a new one to you for you to sign today. Sorry about the inconvenience :) Reply STOP to unsubscribe."

---

Matthew Hunt - - 07/15/2025 at 12:53 PM

Status: Delivered

Hi Ruby, hope all is well. I noticed that I have the wrong date on the smoke/carbon & bike agreement. Somehow, I typed in the year 2026 for the start date instead of 2025. I'll need to send a new one to you for you to sign today. Sorry about the inconvenience :) Reply STOP to unsubscribe.

---

Ruby Noble - - 06/18/2025 at 01:50 PM

Status: Received

Thanks, we're at the final stretch here

---

Matthew Hunt - - 06/18/2025 at 01:49 PM

Status: Delivered

I dropped your Bike Room key in the mail slot in your apartment (the little box on the inside) so you can get right to it!

---

Ruby Noble - - 06/18/2025 at 01:22 PM

Status: Received

Awesome were almost done loading my Burnside apt

---

Matthew Hunt - - 06/18/2025 at 01:19 PM

Status: Delivered

Yup! Absolutely. Text me when you're ready, and I'll also look out for you around 2pm

---

Ruby Noble - - 06/18/2025 at 01:15 PM

Status: Received

Ok, would you be around to let me into the bike room in 40ish minutes? My bike is rusty and I will hate to ruin the hardwood floors

---

Matthew Hunt - - 06/18/2025 at 12:18 PM

Status: Delivered

Hi Ruby, Tommy here. When you get the chance today, you'll need to update your insurance through Lemonade to reflect the new KBC office address; they recently moved. On the insurance, I noticed the interested party has KBCs old address on it - Here's the correct address: 4700 S MACADAM AVE, STE 100 PORTLAND, OR 97239. One it's updated, you can upload the PDF to AppFolio, or send it to my email at tommy@kbcmgmt.com and I'll take care of it. Also still later today, I'll send you the bike room addendum and smoke/carbon addendum to review & sign; basic boiler plate stuff ;)

---

Matthew Hunt - - 06/10/2025 at 06:30 PM

Status: Delivered

Hi Ruby, KBC Management, Inc. | Holladay Apartments has invited you to activate your Online Portal. Activate now at https://appfol.io/my0NpBx3 Questions? Call (503) 317-3226 Reply STOP to unsubscribe.

---

# Exhibit D

**Greg Lockwood**

| | |
|---|---|
| **From:** | Holladay Apartments <holladay@kbcmgmt.com> |
| **Sent:** | Thursday, June 25, 2026 10:36 AM |
| **To:** | Lisamarie Harrison |
| **Cc:** | Garrett Cope; Beth Rolison; Jessica Kott |
| **Subject:** | Re: Lunar, Coyote, Birds oh my... |

Appreciated!

Thank you,

MATTHEW HUNT
**HOLLADAY COURT**
ON-SITE MANAGER



2310 NE WEIDLER STREET | PORTLAND, OR 97232
M. 971-424-4010
**KBCMGMT.COM**

---

**From:** Lisamarie Harrison <lisamarie@kbcmgmt.com>
**Date:** Thursday, June 25, 2026 at 9:48 AM
**To:** Holladay Apartments <holladay@kbcmgmt.com>
**Cc:** Garrett Cope <garrett@kbcmgmt.com>, Beth Rolison <Beth@kbcmgmt.com>, Jessica Kott <Jessica@kbcmgmt.com>
**Subject:** Re: Lunar, Coyote, Birds oh my...

Beth is helping me issue a 30/14 for this tenant today.

Thank you,

## LISAMARIE HARRISON (SHE/HER)

ASSISTANT PORTFOLIO MANAGER



4700 S MACADAM AVE, STE 100 | PORTLAND, OR 97239

C. 971-442-2528 |

**KBCMGMT.COM**

1

NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this message in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Holladay Apartments <holladay@kbcmgmt.com>
**Sent:** Wednesday, June 24, 2026 11:51 AM
**To:** Lisamarie Harrison <lisamarie@kbcmgmt.com>
**Cc:** Garrett Cope <garrett@kbcmgmt.com>; Beth Rolison <Beth@kbcmgmt.com>; Jessica Kott <Jessica@kbcmgmt.com>
**Subject:** Re: Lunar, Coyote, Birds oh my...

Understood! I did also ask Tommy for the original photos and videos with a time stamp, so I have those to prove the timeline if needed.

MATTHEW HUNT
**HOLLADAY COURT**
ON-SITE MANAGER



2310 NE WEIDLER STREET | PORTLAND, OR 97232
M. 971-424-4010
**KBCMGMT.COM**

**From:** Lisamarie Harrison <lisamarie@kbcmgmt.com>
**Date:** Wednesday, June 24, 2026 at 11:33 AM
**To:** Holladay Apartments <holladay@kbcmgmt.com>
**Cc:** Garrett Cope <garrett@kbcmgmt.com>, Beth Rolison <Beth@kbcmgmt.com>, Jessica Kott <Jessica@kbcmgmt.com>
**Subject:** Re: Lunar, Coyote, Birds oh my...

At this point, this is a lease violation. I will get with Beth and/or Jessica for guidance on that process and will let you know the next steps. Do not share specifics with Tommy, but you are free to tell them that the office is aware of the situation and is handling it according to protocol.

Thank you,

**LISAMARIE HARRISON (SHE/HER)**

ASSISTANT PORTFOLIO MANAGER



4700 S MACADAM AVE, STE 100 | PORTLAND, OR 97239

C. 971-442-2528 |

**KBCMGMT.COM**

NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this message in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Holladay Apartments <holladay@kbcmgmt.com>
**Sent:** Wednesday, June 24, 2026 10:14 AM
**To:** Lisamarie Harrison <lisamarie@kbcmgmt.com>
**Subject:** FW: Lunar, Coyote, Birds oh my...

Good morning, Lisamarie,

I reached out to Tommy to let him know that Ruby would be required to have Lunar on a leash when outside. I received this email this morning. I'm not sure how to handle this on my own.

Thanks,

Matthew

---

**From:** Tommy Mueller <mueller.tommy@gmail.com>
**Date:** Wednesday, June 24, 2026 at 10:06 AM
**To:** Holladay Apartments <holladay@kbcmgmt.com>
**Subject:** Re: Lunar, Coyote, Birds oh my...

You don't often get email from mueller.tommy@gmail.com. Learn why this is important
Morning Matt,

We are still experiencing issues regarding Lunar's continued free-roaming on the property.  Attached are several photographs and a video taken this morning beginning around 5:30 a.m when I went to fetch milk for lattes. All of the images show Lunar off-leash and roaming freely throughout the property. At approximately 6:30 a.m., Lunar began prowling along the fence line adjacent to our space. I opened my door to discourage her from entering our area. At that time, Ruby was at her apartment recording my interaction on her phone. I informed her that her recording also documents Lunar being off-leash and free-roaming.

The purpose of this email is not to create further conflict between tenants, but to document that the issue remains unresolved despite our previous communications and complaint. The attached photos and video demonstrate that Lunar continues to roam the property without supervision or restraint.

We are concerned that either the expectations regarding Lunar's containment have not been clearly communicated or that they are not being followed. In either case, Krista and I would appreciate confirmation that this matter is being addressed and that additional steps will be taken to prevent Lunar from continuing to enter and free-roam through any outdoor living space at Holladay.  Feel free to forward this email if necessary.

Thanks for time and working through this,
Tommy

On Mon, Jun 22, 2026 at 10:35 AM Tommy Mueller <mueller.tommy@gmail.com> wrote:

Hi Matt,

3

We wanted to make you aware of an ongoing issue regarding Ruby's cat, Lunar.

Over the past several months, Lunar has frequently entered our backyard and porch area multiple times per day as we've mentioned. Yesterday, after I chased Lunar away from our porch while she was waiting for birds to land, I was involved in a verbal confrontation with Ruby regarding the situation.  Given the ongoing nature of this issue and the conflict it has created between tenants, we feel it would be best to place the matter in management's hands for review and resolution.

Our concerns include:

• Lunar frequently enters and remains in our backyard and porch area.
• Lunar has occasionally used the alcove area as a litter box.
• Lunar hides under our porch and waits for birds to gather nearby.
• The repeated presence of the cat has become a nuisance and an invasion of our outdoor living space.
• Our understanding is that animals at Holladay are not permitted to roam unleashed.
• Lunar is often left outside while the tenant's door is closed, sometimes for extended periods, including overnight.

This morning, at approximately 9:30 a.m., several birds were gathered in our backyard (see attached video). Shortly afterward, Lunar entered the area and chased them away. Knowing the birds were just here, Krista heard Lunar's bell coming down the path and went outside to shoo her away. At that time, Ruby was nearby attempting to bring Lunar back home.

With all of this in mind, if Lunar will continue to free-roam the property, we ask that our boundaries and use of our outdoor space be respected and that we no longer be expected to shoo, chase away, or otherwise interact with Lunar when she enters our area.

We would appreciate management's assistance in establishing a solution that prevents Lunar from entering our backyard and porch space. How that solution is implemented is between management and Ruby. We simply want to be able to enjoy our outdoor area without ongoing disruptions or tenant conflicts.

Thanks for your understanding,
Tommy

On Sat, May 2, 2026 at 1:27 PM Holladay Apartments <holladay@kbcmgmt.com> wrote:

Thanks for documenting this, Tommy. Ruby has agreed to put a collar and a bell on Lunar and is just waiting on it to arrive in the mail. I will still communicate the proof of Lunar's behavior to Ruby so that there is no further argument. And I appreciate you dealing with the coyote today and saving Lunar's life!

Sincerely,

Matthew

**From:** Tommy Mueller <mueller.tommy@gmail.com>
**Date:** Saturday, May 2, 2026 at 11:55 AM
**To:** Holladay Apartments <holladay@kbcmgmt.com>
**Subject:** Lunar, Coyote, Birds oh my…

You don't often get email from mueller.tommy@gmail.com. Learn why this is important

Hey Matt,

4

Just wanted to give an update on the Lunar situation.  On our way back from lunch last Wednesday, we had a brief conversation with Ruby about Lunar; she said she also received an email from you, thanks for that.  Long story short, she wanted to have a video of Lunar's behavior before she could accept the fact that she was outside doing what we say she was doing.  As you may know, we have a bird camera feeder on our porch and this is how we've seen Lunar's behavior over the past four months, only saving bird related images for laser engraving.

Since then I began taking notes on how the cat is wandering free and causing trouble with the local wildlife.

5-1 @ 9:30am - Lunar Outside, in Alcove, no owner, door closed
5-1 @3:30pm - Lunar outside by our feeder, walked her down the path, again no owner, door closed

5-2, today - While I'm going to still keep notes each day, this morning things escalated when a coyote chased Lunar and I put myself between them, and I chased off the coyote (seen in first video at 6:19 this morning).  After about twenty minutes of hiding on the roof, Lunar was headed back home (seen in the second video).  I got dressed and walked down to see if the door was open for Lunar and saw her cowering in the corner, no tenant, door closed. (seen in images)

All we were suggesting was for Lunar to wear a bell to protect our local bird population, if she doesn't want to heed the advice, then that's fine and we can move on from it.  However, Lunar is free and roaming, seen using the alcove as a litter box (third video), attacking birds, and almost getting eaten herself.

If you could follow up with her about this, I'm sure she can prevent Lunar from these situations.  I will follow up with you later in the month after I have more than these two days of details lol.

Thanks in advance!
Tommy

# Exhibit E



KBC MANAGEMENT, INC.

June 25, 2026

Ruby Noble,
and All Other Occupants
2310 NE Weidler St. #15
Portland, OR 97232

Re:    For-Cause Termination Notice
       Vacate by: July 30, 2026
       Remedy by: July 16, 2026

Dear Ruby Noble, and All Other Occupants,

As you are aware, KBC Management, Inc. manages Holladay Court Apartments. We dedicate a great deal to providing all our residents with a safe, clean, and pleasant experience.

Pursuant to Oregon Landlord-Tenant Law you are hereby notified that you are in material violation of your Rental Agreement on the following acts or omissions as indicated in the following occurrences:

> On or about June 22 through 25, and on multiple occasions over the past several months, your ESA cat Lunar has been observed outside the unit without being under your direct control, and left unattended for extended periods of time. Management has received multiple reports regarding the animal, and photographic and video evidence documenting the conduct has been obtained.

These incidents are in direct violation of the following terms of your Lease Agreement:

> *7.2 ASSISTANCE/COMPANION ANIMAL AGREEMENT*
> *The assistance animal must be in Tenant's control when outside the unit..*

In addition, you are in violation of ORS 90.325 (Tenant Duties) which states:

> *(1) The tenant shall:*
>     *(g) Behave and require other persons on the premises with the consent of the tenant to behave in a manner that will not disturb the peaceful enjoyment of the premises by neighbors*

4700 S MACADAM AVE | PORTLAND, OR 97239 | TEL: 503-227-0305 | KBCMGMT.com



KBC MANAGEMENT, INC.

**Because of these violations, we are terminating your tenancy at the above-captioned address as of 11:59 pm on** July 30, 2026, this includes at least three extra days for mailing.

**Under Oregon Law, if these violations are remedial by repairs, payment of damages, or otherwise, and you adequately remedy all violations of your rental agreement within fourteen (14) days or no later than 11:59 pm on** July 16, 2026, **your tenancy will not terminate.** This date includes at least three extra days for mailing.

You may cure this violation by taking the following actions:

Immediately have the assistance animal under your direct control while outside the unit by keeping the animal on a leash at all times.

Your prompt attention to this matter is appreciated. The conduct described above is a violation of your Rental Agreement. If you cure this violation as provided above, Owner/Agent may choose to terminate your tenancy at the end of the fixed term if there are three or more violations within a twelve (12) month period preceding the end of the fixed term. Correcting the third or subsequent violations is not a defense to terminations under ORS 90.427(7).

Should you have any questions or concerns, please do not hesitate to reach out to either your on-site manager or me. We appreciate your anticipated cooperation and attention to this matter and thank you for your continued tenancy.

Best Regards,

Lisamarie Harrison
Assistant Portfolio Manager
KBC Management, Inc
503-227-0305
lisamarie@kbcmgmt.com

4700 S MACADAM AVE  |  PORTLAND, OR 97239  |  TEL: 503-227-0305  |  KBCMGMT.com



## ADDITIONAL WARNINGS, NOTICES, AND DISCLOSURES

**IF YOU ARE A VETERAN OF THE ARMED FORCES,** assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

**DOMESTIC VIOLENCE** If the incident(s) described in this notice are in any way related to domestic violence, please contact our office immediately. We will review anything provided by you and with adequate documentation, rescind this notice.

**NON-WAIVER** Pursuant to ORS 90.414, acceptance of rent while termination action is pending will not waive the right to evict on this notice.

**WARNING NOTICE FOR FIXED-TERMED TENANCIES** The acts and/ or omissions described above are a violation of your Rental Agreement. You are required to correct the violation as provided above. Continued violation may result in termination of the tenancy pursuant to this notice and ORS 90.392. If you cure this violation as provided above, Owner/ Agent may choose to terminate your tenancy at the end of the fixed term if there are three or more violations within a 12-month period preceding the end of the fixed term. Correcting the third or subsequent violation is not a defense to termination under ORS 90.427(7).

4700 S MACADAM AVE  |  PORTLAND, OR 97239  |  TEL: 503-227-0305  |  KBCMGMT.com



KBC MANAGEMENT, INC.

4700 S. MACADAM AVE SUITE 100
PORTLAND, OR 97239

Ruby Noble
2310 NE Weidler St, #15
Portland, OR 97232

FIRST-CLASS



US POSTAGE ™ PITNEY BOWES

ZIP 97239
02 7H
0006233577

$ 000.74⁰

JUN 25 2026